*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



★ ★ ★      ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00477-CV

**GONZALEZ & ASSOCIATES LAW FIRM, P.C.**, and Priscilla de los Santos,
Appellants

v.

Raul Robert **TAPIA**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 6349
Honorable David Peeples, Judge Presiding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:   August 20, 2008

DISMISSED

The appellants have filed an unopposed motion to dismiss this appeal. We grant the motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

---

[1] The Honorable David Peeples signed the judgment at issue in this appeal; however, the Honorable Jose A. Lopez is the presiding judge of the 49th Judicial District Court of Zapata County, Texas.